[No. 7880–5–II.   Division Two.   June 9, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DELMAR E. GAINES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–1–02264–1, Waldo F. Stone, J., entered

1068

May 9, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.